```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DEBRA POLLOCK,                                                 :
:
                         Plaintiff,  :       1:12-cv-4445-GHW
:
               -v -                                 :       <u>ORDER</u>
:
CLIFFSIDE PARK BORO POLICE DEPT., *et al.,*   :
:
:
                      Defendants.    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On January 24, 2023, Joel L. Getreu submitted a proposed order to show cause to the Court. Dkt. No. 23. The proposed order was supported by an affidavit filed by Mr. Getreu. Dkt. No. 24 (the "Affidavit"). The Affidavit contained assertions of fact as well as legal arguments regarding the legal support for the issuance of the proposed order to show cause.

      The Affidavit does not contain all of the information that the Court expects that it will need in order to evaluate the relief requested by Mr. Getreu. As a result, the Court directs that Mr. Getreu file the following materials with the Court no later than May 25, 2023 (collectively, the "Supplemental Materials"):

- *A memorandum of law.* Mr. Getreu has been suspended from legal practice, but has legal training. He is directed to submit a memorandum of law discussing the basis for his request for relief and detailing why the factual information presented to the Court supports the relief that he requests. Legal arguments should be supported by citation to governing law or precedent.

- *One or more affidavits addressing the following matters*:

    o (1) Information regarding the basis for Mr. Getreu's suspension from the practice of law. That information should include the date of the order suspending him from practice. The affidavit must attach any written order or decision containing the basis for his suspension.

    o (2) Information regarding the amount owed. That information should

      include any contemporaneous time sheets, together with information that will allow the Court to evaluate the hourly billing rate charged by counsel, as well as any written agreements related to the amount of his fee or fee sharing arrangements.

- (3) Clarification regarding attachments to the Affidavit and any additional exhibits. The Affidavit attaches a number of documents, but it does not state what each document is; nor does Mr. Getreu affirm that each of the documents is a true and accurate copy of what Mr. Getreu represents it to be. Each of the documents presented to the Court must be identified, and Mr. Getreu or another person with personal knowledge of the documents must affirm to the authenticity of each of the documents presented to the Court.

Following the submission of the Supplemental Materials to the Court, the Court will consider the issuance of the proposed order to show cause subject to modifications to be determined by the Court. The Court alerts Mr. Getreu that he will be required to serve any order to show cause entered by the Court on each of Debra Pollock, Paris & Chaikin, PLLC, and Parker Waichman LLP, in accordance with Rule 4 of the Federal Rules of Civil Procedure. He may wish to make arrangements to effectuate service promptly following the issuance of any order to show cause.

The Clerk of Court is directed to mail a copy of this order to Mr. Getreu.

SO ORDERED.

Dated: May 11, 2023
      New York, New York

                                                          GREGORY H. WOODS
                                                     United States District Judge