```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DEBRA POLLOCK,                                                :
                                                              :
                              Plaintiff,                      :      1:12-cv-4445-GHW
                                                              :
              -v -                                            :      ORDER
                                                              :
CLIFFSIDE PARK BORO PORO POLICE DEPT., *et al.,*              :
                                                              :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Mr. Getreu's application for an extension of time to provide the Court with supplemental materials in connection with his proposed order to show cause, Dkt. No. 29, is granted. The deadline for Mr. Getreu to provide the supplemental materials is extended to June 15, 2023.

    The Clerk of Court is directed to mail a copy of this order to Mr. Getreu.

    SO ORDERED.

Dated: June 15, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge