UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
          :
DEBRA A POLLOCK,          :
          :
        Plaintiff,  :  1:12-cv-4445-GHW
          :
  -v –  :  <u>ORDER</u>
          :
CLIFFSIDE PARK BORO POLICE DEPT, *and*  :
PAUL HRONCICH,  :
          :
       Defendants.  :
          :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2023

GREGORY H. WOODS, United States District Judge:

On January 24, 2023, Joel L. Getreu made a renewed application for an order authorizing distribution of the expenses and the share of a legal fee earned by him and Parker Waichman LLP. Dkt. No. 23. Mr. Getreu supported the application with an affidavit setting forth the basis for his request. Dkt. No. 24. The Court requested that Mr. Getreu supplement his submission by order dated May 11, 2023. Dkt. No. 26. Mr. Getreu submitted his supplemental submissions on June 20, 2023. Dkt. Nos. 34-36.

On June 21, 2023, the Court entered an order to show cause directing the potential claimants to respond to the application no later than July 19, 2023, and scheduling a hearing with respect to the application. Dkt. No. 39. Because Mr. Getreu did not receive that order timely, the Court issued another order to show cause on July 25, 2023, directing any claimants to file an opposition to the application no later than August 18, 2023, and scheduling a hearing to resolve any disputes for September 18, 2023. Dkt. No. 42. No oppositions were filed.

The Court held the show-cause hearing on September 18, 2023. At the hearing, no opposition was voiced to the distribution of expenses and share of legal fees requested by Mr.

Getreu. Mr. Getreu confirmed that he had served the original materials on Debra Pollock, Paris & Chaikin, PLLC, and Parker Waichman LLP, in accordance with F.R.C.P. 4, and as directed by the Court in its July 25, 2023 order. Dkt. No. 42.

Therefore, the application of Mr. Getreu is granted. Pursuant to 22 N.Y.C.R.R. § 1240.15(g), Paris & Chaikin, PLLC is authorized to distribute the expenses and the share of legal fee earned by Joel L. Getreu and Parker Waichman LLP. Paris & Chaikin, PLLC may distribute to Mr. Getreu two-thirds of 40% of Paris & Chaikin, PLLC's net legal fee recovery, which is $15,902.13, plus $710 as reimbursement of incurred disbursements; and Paris & Chaikin, PLLC may distribute to Parker Waichman LLP one-third of 40% of Paris & Chaikin, PLLC's net legal fee recovery, which is $7,951.07.

SO ORDERED.

Dated: September 18, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge